UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL MCGRATH,<br>  Plaintiff, | )<br>)<br>) |
| v. | ) No. 3:11-CV-274<br>) (Phillips) |
| KINGSTON ALLEY, LLC,<br>  Defendant. | )<br>)<br>) |

## ORDER

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 9] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on September 5, 2012, is hereby **ACCEPTED IN WHOLE.** Accordingly, plaintiff's motion for an order awarding attorney fees and expenses [Doc. 7] is **GRANTED,** whereby plaintiff is awarded attorney fees and expenses of $9,023.57 from defendant Kingston Alley, LLC.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge